IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
------------------------------------------------------------------ X
                                                                   :
Henry Mandel, on behalf of himself and all others similarly        :
situated,                                                          :
                                                                   :      No. 3:11-CV-120-REP
                                       Plaintiffs,                 :
                                                                   :
            vs.                                                   :
                                                                   :
James B. Crawford, et al.,                                         :
                                                                   :
                                       Defendants.                 :
                                                                   :
------------------------------------------------------------------ X
```

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges

and Magistrate Judges to evaluate possible disqualifications or recusal, Defendant, Alpha Natural

Resources, Inc., discloses the following information.  Alpha Natural Resources, Inc. is a

Delaware corporation and has no parent companies.  No parents, subsidiaries or affiliates of

Alpha Natural Resources, Inc. have issued stock or debt securities to the public.  No publicly

held corporation or entity owns 10% or more of Alpha Natural Resources, Inc.'s stock.

Respectfully submitted,

ALPHA NATURAL RESOURCES, INC.

By:


   /s/ Erin L. Barrett


Robert M. Rolfe (VSB No. 15779)
Erin L. Barrett (VSB No. 74928)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
804-788-8466
rrolfe@hunton.com

Counsel for Alpha Natural Resources, Inc.

OF COUNSEL:

Mitchell A. Lowenthal
Boaz S. Morag
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael R. Lazerwitz
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
(202) 974-1500