UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **HENRY MANDEL, on behalf of himself and all others similarly situated,** ) ) ) **Plaintiff,** ) ) v. ) **MASSEY ENERGY COMPANY,** *et al.* ) ) **Defendants.** ) | Civil Action No.: 3:11-CV-120-REP |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Massey Energy Company ("Massey"), hereby submits its Corporate Disclosure Statement to this Court and all parties of this action and certifies that Massey issues stock and/or debt securities to the public, and that no publicly-held entity owns more than 10% of its stock.

**MASSEY ENERGY COMPANY**

By: /s/ Timothy J. St. George
Of Counsel

Alan D. Wingfield  (VSB No. 27489)
Timothy J. St. George  (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box. 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
alan.wingfield@troutmansanders.com
tim.stgeorge@troutmansanders.com

Stuart W. Gold
Julie A. North
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants Massey Energy Company, James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, and Linda J. Welty*

## CERTIFICATE OF SERVICE

I certify on this 11th day of March, 2011, I filed a copy of the forgoing with the Court's ECF filing system, and thereby served a copy of this instrument to the following attorneys:

> Daniel Cohen, Esq.
> Robert Cynkar, Esq.
> Cuneo, Gilbert & LaDuca LLP
> 106-A South Columbus Street
> Alexandria, Virginia 22314
>
> Joe Kendall, Esq.
> Jamie McKey, Esq.
> Kendall Law Group LLP
> 3232 McKinney Avenue
> Suite 700
> Dallas, Texas  75204
>
> *Counsel for Plaintiff*

>> /s/ Timothy J. St. George
>> Timothy J. St. George  (VSB No. 77349)
>> TROUTMAN SANDERS LLP
>> 1001 Haxall Point
>> P.O. Box. 1122
>> Richmond, VA 23218-1122
>> Telephone: (804) 697-1254
>> Facsimile: (804) 698-6013
>> alan.wingfield@troutmansanders.com
>> tim.stgeorge@troutmansanders.com