IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------------------ X
: 
Henry Mandel, on behalf of himself and all others similarly :
situated, :
               Plaintiffs, :
   vs. :   No. 3:11-CV-120-REP
:
James B. Crawford, Robert H. Foglesong, Richard M. :
Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, :
Baxter F. Phillips, Jr., Stanley C. Suboleski, Linda J. Welty, :
Massey Energy Company, and Alpha Natural Resources, :
Inc., :
               Defendants. :
:
------------------------------------------------------------------------ X

## NOTICE OF APPEARANCE

Defendant Alpha Natural Resources, Inc., by counsel, files this Notice of Appearance notifying the Court and opposing counsel that Robert M. Rolfe of the law firm of Hunton & Williams LLP will serve as counsel in this matter.

                                     **ALPHA NATURAL RESOURCES, INC.**

                                     By:   /s/ Robert M. Rolfe
                                              Of Counsel

Robert M. Rolfe (VSB No. 15779)
Erin L. Barrett (VSB No. 74928)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8466
rrolfe@hunton.com

Mitchell A. Lowenthal
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500

*Attorneys for Defendant Alpha Natural Resources, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and thereby served a copy of this instrument on the following:

>Daniel Cohen, Esq.
>Robert Cynkar, Esq.
>Cuneo, Gilbert & LaDuca LLP
>106-A South Columbus Street
>Alexandria, Virginia 22314
>
>Joe Kendall, Esq.
>Jamie McKey, Esq.
>Kendall Law Group LLP
>3232 McKinney Avenue
>Suite 700
>Dallas, Texas  75204

   /s/ Robert M. Rolfe

Robert M. Rolfe, Counsel

66879.000018 EMF_US 35223141v1