IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| HENRY MANDEL, *et al.*, | ) | |
|       Plaintiffs, | ) | |
| v. | ) | Civil Case No. 3:11-cv-00120-REP |
| | ) | |
| JAMES B. CRAWFORD, *et al.*, | ) | |
|       Defendants. | ) | |

## NOTICE OF APPEARANCE

Defendant Baxter F. Phillips, Jr., by counsel, files this Notice of Appearance notifying the Court and counsel of record that Stephen E. Baril of the law firm of Sands Anderson PC will serve as counsel for Defendant Baxter F. Phillips, Jr.

Date:  April 20, 2011

Respectfully submitted,

**BAXTER F. PHILLIPS, JR.**

_____/s/ Stephen E. Baril_____
Stephen E. Baril, Esquire (VSB #19604)
Sands Anderson PC
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
Telephone:  (804) 648-1636
Facsimile:   (804) 783-7291
Email:  sbaril@sandsanderson.com
*Attorney for Defendant Baxter F. Phillips, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which thereby caused the above to be served electronically on all registered users of the ECF system as follows:

>Daniel M Cohen, Esquire
>Cuneo Gilbert & LaDuca LLP
>106-A South Columbus Street
>Alexandria, VA 22314
>Email: danielc@cuneolaw.com
>
>Robert J. Cynkar, Esquire
>Cuneo Gilbert & LaDuca LLP
>106-A South Columbus Street
>Alexandria, VA 22314
>Email: rcynkar@cuneolaw.com
>
>Elton Joe Kendall, Esquire
>Kendall Law Group LLP
>3232 McKinney Avenue
>Suite 700
>Dallas, TX 75204
>Email: jkendall@kendalllawgroup.com
>
>Jamie Jean McKey, Esquire
>Kendall Law Group LLP
>3232 McKinney Avenue
>Suite 700
>Dallas, TX 75204
>Email: jmckey@kendalllawgroup.com
>
>Timothy James St. George, Esquire
>Troutman Sanders LLP
>Troutman Sanders Bldg
>1001 Haxall Point
>PO Box 1122
>Richmond, VA 23218-1122
>Email: tim.stgeorge@troutmansanders.com

        Robert Martin Rolfe, Esquire
        Hunton & Williams LLP
        951 E Byrd St
        Riverfront Plaza
        Richmond, VA 23219
        Email: rrolfe@hunton.com

        Erin Laura Barrett, Esquire
        Hunton & Williams LLP
        951 E Byrd St
        Riverfront Plaza - East Tower
        Richmond, VA 23219
        Email: ebarrett@hunton.com.

                        /s/ Stephen E. Baril
                Stephen E. Baril, Esquire (VSB #19604)
                Sands Anderson PC
                1111 East Main Street (23219)
                P. O. Box 1998
                Richmond, VA 23218-1998
                Telephone:  (804) 648-1636
                Facsimile:   (804) 783-7291
                Email:  sbaril@sandsanderson.com
                *Attorney for Defendant Baxter F. Phillips, Jr.*