# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| HENRY MANDEL, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 3:11-CV-120-REP |
| JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC., | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE

Defendants, James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, Linda J. Welty, Baxter F. Phillips, Alpha Natural Resources, Inc. ("Alpha"), and Massey Energy Company ("Massey") (collectively, "Defendants"), by counsel, submit their Motion to Continue Initial Pretrial Conference. The reasons in support of the motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants request that this Court enter an order continuing the date for the Initial Pretrial Conference until a later date based on the availability of the Court, but no earlier than after the completion of the May 26, 2011 hearing in the Delaware Action.

**MASSEY ENERGY COMPANY, JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, STANLEY SUBOLESKI, AND LINDA J. WELTY**


By:  /s/ Timothy J. St. George
         Of Counsel

Alan D. Wingfield (VSB No. 27489)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
alan.wingfield@troutmansanders.com
tim.stgeorge@troutmansanders.com

Stuart W. Gold, Esq.
Julie A. North, Esq.
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants Massey Energy Company, James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, and Linda J. Welty*


/s/ Stephen E. Baril
Stephen E. Baril (VSB No. 19604)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2300
Richmond, VA 23219-2906
Telephone: (804) 783-7234
Facsimile: (804) 783-7291
SBaril@SandsAnderson.com

*Attorneys for Defendant Baxter F. Phillips, Jr.*

/s/ Robert M. Rolfe
Robert M. Rolfe (VSB No. 15779)
Erin L. Barrett (VSB No. 74928)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8466
rrolfe@hunton.com

Mitchell A. Lowenthal
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500

*Attorneys for Defendant Alpha Natural Resources, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May 2011, I caused a true and correct copy of the foregoing to be filed on the Electronic Case Filing System, which will send a notice of electronic filing to:

>Daniel M Cohen (VSB No. 79836)
>Robert J. Cynkar (VSB No. 23349)
>CUNEO GILBERT & LADUCA LLP
>106-A South Columbus Street
>Alexandria, VA 22314
>Telephone: 202-789-3960
>Facsimile: 202-789-1813
>danielc@cuneolaw.com
>rcynkar@cuneolaw.com
>
>Elton Joe Kendall
>Jaime McKey
>KENDALL LAW GROUP LLP
>3232 McKinney Avenue, Suite 700
>Dallas, TX 75204
>Telephone: (214) 744-3000
>Facsimile: (214) 744-3015
>jkendall@kendalllawgroup.com
>jmckey@kendalllawgroup.com
>
>*Counsel for Plaintiff*

>/s/ Timothy J. St. George
>Timothy J. St. George (VSB No. 77349)
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>P.O. Box. 1122
>Richmond, VA 23218-1122
>Telephone: (804) 697-1254
>Facsimile: (804) 698-6013
>tim.stgeorge@troutmansanders.com