IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



HENRY MANDEL,
on behalf of himself
and all others similarly
situated,

    Plaintiff,

v.                                Civil Action No. 3:11cv120

JAMES B. CRAWFORD,
et al.,

    Defendants.

**ORDER**

It is hereby ORDERED that the Order (Docket No. 17) scheduling the Initial Pretrial Conference and the Scheduling Order (Docket No. 18) are vacated because this matter is being reassigned because of docket congestion.

It is further ORDERED that this action is reassigned to the Honorable John A. Gibney, Jr.

The Clerk is directed to send a copy of this Order to Judge Gibney.

It is so ORDERED.

                                                    /s/       REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: May _6_, 2011