IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

HENRY MANDEL,
on behalf of himself and all
others similarly situated,

           Plaintiff

           v.            Civil Action No. 3:11-CV-120-JAG

JAMES B. CRAWFORD, *et al.*,

           Defendants.

## ORDER

This matter is before the Court on Defendants' Motion to Continue Initial Pretrial Conference filed on May 5, 2011 (Dkt. No. 22). Pursuant to Judge Payne's Order dated May 6, 2011 (Dkt. No. 24), the Order scheduling the Initial Pretrial Conference and the Scheduling Order were vacated. Accordingly, Defendants' motion to continue the initial pretrial conference is DENIED as moot.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                          /s/
                            John A. Gibney, Jr.
                            United States District Judge

Date: May 11, 2011
Richmond, VA