

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
JUN 1 3 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| HENRY MANDEL, on behalf of himself and all others similarly situated, § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | |
| v. | |
| JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC., | Civil Action No. 3:11cv120 |
| Defendants. | |

## AGREED ORDER DISMISSING
## ACTION WITHOUT PREJUDICE

Pursuant to Rule 41(a), Plaintiffs Henry Mandel and all others similarly situated, by

counsel, and Defendants James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert

B. Holland, Bobby R. Inman, Dan R. Moore, Baxter F. Phillips, Jr., Stanley C. Suboleski, Linda

J. Welty, Massey Energy Company, and Alpha Natural Resources, Inc., move for a voluntary

dismissal of this action. Pursuant to Rule 41, and for good cause shown, it is hereby

ORDERED, ADJUDGED, and DECREED, that any and all claims asserted by Plaintiffs

against Defendants are dismissed WITHOUT PREJUDICE.

Date:  6, 10, 11

/s/
John A. Gibney, Jr.
United States District Judge

The Honorable John A. Gibney, Jr.
United States District Judge

RECEIVED
JUN - 9 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

WE ASK FOR THIS:

Daniel M. Cohen
Virginia State Bar No. 79836
CUNEO GILBET & LADUCA, LLP
*Counsel for Plaintiff*
106-A South Columbus Street
Alexandria, VA 22314
Tel: (202) 789-3960
Fax: (202) 789-1813
Email: danielc@cuneolaw.com

Robert Cynkar
Virginia Bar No. 23349
CUNEO GILBET & LADUCA, LLP
*Counsel for Plaintiff*
Email: rcynkar@cuneolaw.com

Joe Kendall
Jamie McKey
KENDALL LAW GROUP, LLP
*Counsel for Plaintiff*
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Tel: (877) 744-3728
Fax: (214) 744-3015
Email: jmckey@kendalllawgroup.com

Robert M Rolfe
Virginia State Bar No. 15779
Erin L. Barrett
Virginia State Bar No. 74928
HUNTON & WILLIAMS, LLP
*Counsel for Defendant Alpha Natural Resources, Inc.*
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Tel: (804) 788-8466
Email: rrolfe@hunton.com

Mitchell A. Lowenthal
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON, LLP
*Counsel for Defendant Alpha Natural Resources, Inc.*
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON, LLP
*Counsel for Defendant Alpha Natural Resources, Inc.*
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 974-1500

_[signature]_

Timothy J. St. George

Virginia State Bar No. 77349

Alan D. Wingfield

Virginia State Bar No. 27489

TROUTMAN SANDERS, LLP

*Counsel for Defendants Massey Energy Company, James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, and Linda J. Welty*

1001 Haxall Point

PO Box 1122

Richmond, VA 23219

Tel: (804) 697-1254

Fax: (804) 698-6013

Email:

alan.wingfield@troutmansanders.com

Stuart W. Gold

Julie A. North

CRAVATH SWAINE & MOORE, LLP

*Counsel for Defendants Massey Energy Company, James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, and Linda J. Welty*

825 Eighth Avenue

Worldwide Plaza

New York, NY 10019-7475

Tel: (212) 474-1000

Fax: (212) 474-3700

_[signature]_

Stephen E. Baril

Virginia State Bar No. 19604

SANDS ANDERSON, PC

*Counsel for Defendant Baxter F. Phillips, Jr.*

1111 E. Main Street, Suite 2300

Richmond, VA 23219-2906

Tel: (804) 783-7234

Fax: (804) 783-7291

Email: sbaril@sandsanderson.com